IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CYMEYON HILL, | 2:21-cv-02382-KJM-DB P |
| Plaintiff, | |
| v. | ORDER |
| KIMBERLY SEIBEL, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff alleges defendants violated his Fourteenth Amendment rights when they were deliberately indifferent to his serious mental health needs. On August 4, 2023, this court referred this case to the court's post-screening ADR Project and stayed the case for 120 days.

Defendants have filed a motion to opt out of the ADR Project. Defendants' counsel states that their investigation of plaintiff's claims, which included a telephone discussion with plaintiff, has lead them to believe that plaintiff's claims are sufficiently weak and the defenses sufficiently strong that any attempts at settlement at this time would be a waste of the court's and the parties' resources. Defendants have established good cause to opt out of the ADR Project.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the ADR Project (ECF No. 45) is granted.

2. The stay of this action is lifted.

3. Defendants shall file a responsive pleading within thirty days of the date of this order.

Dated: October 12, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/hill2382.opt out