UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>A. SCOTLAND, et al.,<br><br>    Defendants. | No.  2:21-cv-2382 KJM DB P<br><br><br><br>ORDER |

Plaintiff is a civil detainee proceeding pro se with a civil rights action under 42 U.S.C. §1983.  Plaintiff alleges defendants violated his Fourteenth Amendment rights when they were deliberately indifferent to his serious mental health needs.  On November 13, 2023, defendants filed a motion to dismiss.  Pursuant to Local Rule 230(l), plaintiff's response to the motion was due within twenty-one days of service of the motion.  Far more than twenty-one days have passed and plaintiff has not filed a response to the motion.

Plaintiff will be given additional time to respond to defendants' motion.  Plaintiff is warned that if he fails to comply with this order by filing a timely response to defendants' motion, this court will recommend this case be dismissed for plaintiff's failure to comply with the local rules and with the court's order.  See E.D. Cal. R. 183; Fed. R. Civ. P. 41.

Accordingly, IT IS HEREBY ORDERED that:

////

1. Within twenty-one days of the date of this order, plaintiff shall file a response to defendants' motion to dismiss; and
2. If plaintiff fails to file a timely response to defendants' motion to dismiss, this court will recommend this case be dismissed for plaintiff's failure to comply with the local rules and with this court's order.

Dated: February 1, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/hill2382.mtd oppo eot

2